```
                            FILED
IN RE:                                          CASE NO. 08-51615-S
                    2010 MAY -4 PM 1:13
CHARLES LALLY                                   CHAPTER 7
KRISTIN LALLY       U.S. BANKRUPTCY COURT
            Debtors NORTHERN DISTRICT OF OHIO   REPORT OF DIVIDEND
                            AKRON               UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #117 in the amount of $3.94 was issued on April 26, 2010 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                Amt. of Dividend

| Claim #13 | Pioneer Physicians Network, Inc.<br>PO Box 38<br>Tallmadge, OH 44278 | $ 3.94 |

TOTAL:                                                          $ 3.94

                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Rd.
                                    Akron, Ohio 44333
                                    (330) 670-0770

April 27, 2010

*Receipt No. 81445*
*Check No. 117*